# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

**FILED**
**July 21, 2020**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Eddie Dewayne Danley | ) | Case No. 3:20-MJ-754-BN |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of __July 15, 2020__ in the county of __Dallas__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit of Federal Bureau of Investigation Special Agent Katie Preston

☑ Continued on the attached sheet.

*Complainant's signature*

KATIE PRESTON, SPECIAL AGENT, FBI
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: 07/21/2020

*Judge's signature*

City and state: DALLAS, TEXAS

DAVID L. HORAN, U.S. MAGISTRTATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT

1. I, Katie Preston, Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

2. This affidavit sets forth facts and suggests reasonable inferences from those facts establishing that there is probable cause to believe that on or about July 15, 2020, in the Dallas Division of the Northern District of Texas, **Eddie Dewayne Danley** did knowingly possess a firearm as a convicted felon a violation of Title 18, United States Code, Section 922(g)(1).

3. The information contained in this affidavit is based on my personal knowledge and experience, my personal participation in this investigation, and information obtained from other law enforcement officers and/or agents involved in this investigation. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that a violation of Title 18, United States Code, Section(s) 922(g)(1) has been committed by **Eddie Dewayne Danley**.

### Background on Affiant

4. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests, for offenses enumerated in 18 U.S.C. § 2516.

**Affidavit in Support of Application for Criminal Compliant - Page 1**

5. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since March 2019. As an FBI Special Agent, I am currently assigned to the Safe Street Gang Task Force (SSGTF) in the Dallas Division. I have participated in previous investigations of violent crime related to criminal street gangs, investigations of unlawful possession of firearms, and have conducted or participated in physical and electronic surveillances, the execution of search warrants, debriefing of informants, and the review of taped conversations. Through my training, education, and experience, I have become familiar with the manner in which prohibited persons obtain, transport, store, distribute, and the methods of payments used for such firearms. I am also familiar with the methods by which prohibited persons communicate and the code words commonly used by prohibited persons to obtain firearms.

## Facts Supporting Probable Cause

6. On July 15, 2020, uniformed Dallas Police Officers Dago Carreon and Brandon Sampson (hereinafter Officers) stopped and detained **Eddie Dewayne Danley** in the 9500 block of Forest Lane, Dallas, Texas after he was observed switching lanes without using a turn signal. The location where this incident occurred is in the Northern District of Texas.

7. As Officers were approaching the vehicle, a white GMC Yukon bearing temporary license plate "QESZ57P," the Officers smelled the odor of burning marijuana coming from inside the vehicle, which prompted a search of the vehicle. During the search, Officers located a Glock 19, 9 millimeter (mm) pistol bearing serial number BBWS888 with one extended magazine containing 24 live rounds of ammunition. A check of the

**Affidavit in Support of Application for Criminal Compliant - Page 2**

serial number of the weapon Officers recovered showed the weapon to be stolen out of Little Rock Police Department.

8.  Officers conducted a criminal history check of **Eddie Dewayne Danley** and found that he was a convicted felon. **Eddie Dewayne Danley** was convicted of accessory after the fact for house burglary on December 1, 2014, on case number 2014-0010, out of the Washington County Mississippi Sherriff's Office, where he received eight years in jail. The first three years were ordered to be served under the Intensive Supervision Program, in which, **Eddie Dewayne Danley** would essentially be on house arrest with conditions. On December 5, 2016, **Eddie Dewayne Danley** failed to comply with the court's orders and was placed into custody by order of the court to serve the above sentence in the Mississippi Department of Corrections. Also included with this sentence is a period of five years of released supervision which shows to expire in December, 2022.

9.  After **Eddie Dewayne Danley** was placed under arrest by Officers, he was transported to the Dallas Department Headquarters building where he was interviewed by Agents. **Eddie Dewayne Danley** was advised of his constitutional rights, which he waived verbally and in writing and agreed to speak to Agents regarding his arrest. During the interview, **Eddie Dewayne Danley** provided Agents with a fictious name and identifying information. After Agents and Officers informed **Eddie Dewayne Danley** that he would be fingerprinted to obtain his true identity, he gave his correct name and identifying information. Agents and Officers verified his true identity through a driver's license picture and criminal history. During the interview, **Eddie Dewayne Danley** admitted to purchasing and possessing the firearm. **Eddie Dewayne Danley** is a convicted felon.

**Affidavit in Support of Application for Criminal Compliant - Page 3**

**Eddie Dewayne Danley** would have been present during court proceedings and advised not to possess firearms as a result of his felony conviction.

10. The firearms nexus has not been fully completed however, Affiant has been able to verbally confirm through Alcohol, Tobacco, Firearms, and Explosives (ATF) that this weapon is not manufactured in the State of Texas and has traveled through interstate commerce.

11. Based on the foregoing, together with my training and experience, I believe that there is sufficient probable cause to believe on July 15, 2020, **Eddie Dewayne Danley** did knowingly possess a firearm as a convicted felon in violation of Title 18, United States Code, Section 922(g)(1). I respectfully request a warrant for **Eddie Dewayne Danley's** arrest.

_____
Katie Preston
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this ___21st___ day of, July 2020.

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

_____
David L. Horan
United States Magistrate Judge
Northern District of Texas

**Affidavit in Support of Application for Criminal Compliant - Page 4**